Decided January 7, 2009

STATE OF CONNECTICUT *v.* JASON B.

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 359 (AC 28580), is denied.

*Michael Zariphes*, special public defender, in support of the petition.

*Adam E. Mattei,* special deputy assistant state's attorney, in opposition.

Decided January 7, 2009